# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                  Case Number: 7:21−cr−01430

Eric Samuel Jarvis

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 5/3/2022

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Re−Sentencing

Date: May 3, 2022

                                                                      Nathan Ochsner, Clerk